UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYAN L. MENDOZA,<br><br>　　　　Defendant. | CASE NO. CR09-018-RAJ<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on supervised release revocation in this case was scheduled before me on March 17, 2011. The United States was represented by AUSA Seth Wilkinson and the defendant by Peter Avenia. The proceedings were digitally recorded.

Defendant had been sentenced on or about August 28, 2009 by the Honorable Richard A. Jones on a charge of Theft of U.S. Mail and Access Device Fraud, and sentenced to eight months custody, three years supervised release. (Dkt. 44.)

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to search, participate in a substance abuse program, abstain from alcohol, pay restitution in the amount of $2,789.86, provide his probation officer with access to financial information upon request, be prohibited from incurring new credit obligations

or opening new lines of credit, and have no contact with his co-defendant unless approved.

In an application dated March 3, 2011 (Dkt. 48,49 ), U.S. Probation Officer Andrew J. Lorenzen alleged the following violations of the conditions of supervised release:

1. Using methamphetamine on or before September 7, 22; November 1, 8 and 17; December 7 and 22, 2010; January 11, 18; February 1, 11, 15 and 16, 2011, in violation of standard condition 7.

2. Failure to pay Special Assessment as directed, in violation of the standard condition.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 54.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Jones.

Pending a final determination by the Court, defendant has been detained.

DATED this 17th day of March, 2011.

Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:           Honorable Richard A. Jones
     AUSA:                     Seth Wilkinson
     Defendant's attorney:     Peter Avenia
     Probation officer:        Andrew J. Lorenzen

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2