UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>RYAN L. MENDOZA,<br><br>                  Defendant. | Case No. CR09-18-RAJ<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

### INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on November 1, 2011. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Seth Wilkinson, and defendant was represented by Lynn Hartfield. Also present was U.S. Probation Officer Todd Sanders. The proceedings were digitally recorded.

### SENTENCE AND PRIOR ACTION

Defendant was sentenced on August 28, 2009, by the Honorable Richard A. Jones for Theft of U.S. Mail and Access Device Fraud. He received 8 months of detention and 3 years of supervised release. Defendant's supervision began November 2010.

Mr. Mendoza tested positive for methamphetamine on September 7, 22, November 1, and 8, 2010. Based on his statements and admissions, Mr. Mendoza was referred for a substance abuse

evaluation, which he attended on January 18, 2011. Subsequent to the evaluation, Mr. Mendoza submitted urine tests on December 7 and 22, 2010, and January 11 and 18, 2011, which all tested positive for methamphetamine. The substance abuse evaluation showed defendant was dependent on methamphetamine. Consequently, Mr. Mendoza was enrolled in a 32 week intensive outpatient counseling program through All About Choices. On February 1, 11, 15, and 16, 2011, Mr. Mendoza's urine tests returned positive for methamphetamine. Mr. Mendoza was not agreeable to residential drug treatment.

The Court was notified on March 3, 2011. Defendant had relapsed to methamphetamine use and had failed to pay his special assessment. On April 1, 2011, Mr. Mendoza admitted the violations and was sentenced to 18 days detention and 2 years supervised release with the condition that he attend residential substance abuse treatment. He successfully completed treatment on May 30, 2011, and was released on April 1, 2011. At that time, he returned to his employer and resumed follow up treatment. He was also ordered to make $50 monthly payments toward his restitution.

**PRESENTLY ALLEGED VIOLATIONS**

In a petition dated October 5, 2011, U.S. Probation Officer Andrew Lorenzen alleged that defendant violated the following conditions of supervised release:

1. Using methamphetamine on or before September 13, 2011, in violation of standard condition 7.
2. Failure to report for drug testing as directed on September 19, 21, 23, 26, and 27, 2011, in violation of the special condition.
3. Failure to pay restitution as directed, in violation of the Court's restitution order.
4. Failure to report change in employment, in violation of standard condition umber 6.

**FINDINGS FOLLOWING EVIDENTIARY HEARING**

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on December 1, 2011 at 2:30 p.m. before District Judge Richard A. Jones.

**RECOMMENDED FINDINGS AND CONCLUSIONS**

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 1st day of November, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge